<u>DECLARATION REGARDING SERVICE</u>

I, Elizabeth Geddes, hereby declare that, on February 22, 2011, a copy of the Order of the Honorable Kiyo A. Matsumoto entered on February 18, 2011, in regard to the government's motion for complex case designation, was served by electronic mail on:

GARY SCHOER, ESQ.
6800 Jericho Turnpike
Syosset, New York 11791
Tel: (516) 496-3530
Fax:(516) 496-3500
E-mail: gschoer@aol.com

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Brooklyn, New York
       February 22, 2011

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:  /s/ Elizabeth A. Geddes
     Elizabeth A. Geddes
     Assistant U.S. Attorney
     (718) 254-6430