EAG/AL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ANDREW RUSSO, et al.,

    Defendants.

- - - - - - - - - - - - - - - - - -X

PROPOSED ORDER
Cr. No. 11-30 (SLT)

Upon the February 3, 2011 application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Elizabeth Geddes and Allon Lifshitz, *and upon the oral grant of the government's application by Judge Jowres at the status conference dated February 4, 2011,* IT IS HEREBY ORDERED, *nunc pro tunc to Feb 4, 2011,* that the compact discs and video digital recordings containing consensual recordings that were *made available* ~~disclosed~~ to the defendants in the above-captioned case, *by the government's* ~~in a~~ letter dated January 31, 2011, may not be disseminated beyond the defendants, their attorneys and their attorneys' legal staff;

IT IS FURTHER ORDERED, *nunc pro tunc to Feb 4, 2011,* that these recordings and any copies made of these recordings be returned to the government at the conclusion of this case.

Dated:    Brooklyn, New York
           February 25, 2011

                                           _____
                                           THE HONORABLE Kiyo A. Matsumoto
                                           UNITED STATES DISTRICT JUDGE
                                           EASTERN DISTRICT OF NEW YORK