```
                                                                    1

 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - - X
 3
     UNITED STATES OF AMERICA         :      CR-11-30
 4
          -against-                          U.S. Courthouse
 5                                    :      Brooklyn, New York
     SCOTT FAPPIANO, ET AL,
 6
              DEFENDANTS,             :
 7                                           February 17, 2011
     - - - - - - - - - - - - - - - - X       2:30 o'clock p.m.
 8
              TRANSCRIPT OF STATUS CONFERENCE
 9            BEFORE THE HONORABLE SANDRA L. TOWNES
              UNITED STATES DISTRICT JUDGE
10


11
     APPEARANCES:
12
     For the Government:        LORETTA LYNCH
13                              United States Attorney
                                147 Pierrepont Street
14                              Brooklyn, New York  11201
                                BY:  ELIZABETH GEDDES
15                                   PAUL LIFSCHITZ
                                Assistant U.S. Attorney
16

17   For the Defendant:         HARLAN PROTASS, ESQ
                                For Deft Fappiano
18
                                JOSEPH KILADA, ESQ.
19                              For Deft DeStefano

20                              EPHRAIM SAVITT, ESQ.
                                For Deft Favuzzo
21
                                JEREMY ORDEN, ESQ.
22                              For Deft Durso

23                              ALEX EISEMANN, ESQ.
                                For Deft Russo
24
                                CHARLES HOCHBAUM, ESQ.
25                              For Deft Castellano


               SS       OCR      CM      CRR      CSR
```

```
                                                                  2

 1                          NORMAN TRABULUS, ESQ.
                            For Deft Savarese
 2
                            MICHAEL SPORT, ESQ.
 3                          For Deft Castellazzo

 4                          MICHAEL HURWITZ, ESQ.
                            For Deft Rossano
 5
                            SAM TALKIN, ESQ.
 6                          For Deft Califano

 7                          MARTIN ADELMAN, ESQ.
                            For Deft Fusco
 8
                            MARTIN GEDULDIG, ESQ.
 9                          For Deft Di Marco

10                          JOHN DEVANEY, ESQ.
                            For Deft Russo
11
                            GEORGE GALGANO, ESQ.
12                          For Deft Russo

13                          VINCENT ROMANO, ESQ.
                            For Deft Sessa
14
                            ROBERT LEIGHTON, ESQ.
15                          For Deft Delucia

16                          PAUL MADDEN, ESQ.
                            For Deft Scopo
17

18
    Court Reporter:         SHELDON SILVERMAN
19                          Official Court Reporter
                            225 Cadman Plaza East
20                          Brooklyn, New York 11201
                            (718) 613-2537
21

22

23

24
    Proceedings recorded by mechanical stenography. Transcript
25  Produced By Computer Aided Transcription.
```

SS        OCR        CM        CRR        CSR

3

1  THE CLERK:  United States versus Fappiano for oral
2  argument.
3          (Appearances noted.)
4          THE COURT:  In a motion brought by Mr. Fappiano,
5  joined by 36 other defendants in this 39-defendant case,
6  United States versus Russo, et al, 11-CR-30, have moved to
7  have this case randomly assigned instead of assigned to this
8  court as related to United States versus Bombino at 10-CR-147.
9  I have received the submissions and I've read them.
10         Is there anything that you would like to add,
11 Mr. Protass?
12         MR. PROTASS:  No, your Honor, other than responding
13 to anything the government might say here today.
14         THE COURT:  Anything from the government?
15         MR. LIFSCHITZ:  Not at this time, thank you.
16         THE COURT:  As to the letter of the local rules, the
17 government's analysis is correct.  The cases are related
18 because Theodore Persico, Junior is a defendant in each case.
19 The relation is in compliance with Chief Judge Dearie's
20 administrative order issued February 27th, 2008 which requires
21 that all cases be randomly assigned unless the "United States
22 Attorney certifies in writing at the time of filing the
23 indictment that the case to be assigned satisfies one of the
24 three conditions in Rule 50.3(c) or involves the same specific
25 conduct that is the subject of a pending charge."

SS        OCR        CM        CRR        CSR

4

1    The final decision, however, regarding relation of
2 cases is in the discretion of the court.  See Local
3 Rule 50.3(f).  Local Rule 50.3(a) provides that a case shall
4 be deemed to be related when due to factual and legal
5 similarities "a substantial saving of judicial resources is
6 likely to result from assigning both cases to the same judge."
7    Upon review of United States versus Bombino, et al,
8 10-CR-147, which was randomly assigned to this court and
9 United States versus Russo, et al, 11-C-R-30, United States
10 versus Messina, et al, 11-CR-31 and United States versus
11 Balzano, et al, 11-CR-32, I am unable to conclude that
12 relation of the latter three cases to United States versus
13 Bombino, et al would result in a substantial saving of
14 judicial resources as a result of the relation.
15    The fact that Theodore Persico, Junior is a
16 defendant in both Bombino and Russo is not a sufficient fact
17 to ensure the goals of local 50.3(a) will be met as a result
18 of this court accepting this case as related to United States
19 versus Bombino.
20    Accordingly, I decline the relation and direct the
21 Clerk of Court to randomly assign United States versus Russo
22 and its related cases; United States versus Messina, et al and
23 United States versus Balzano, et al, without prejudice to any
24 application on the issue of relation of these three cases to
25 the randomly assigned judge.

SS        OCR       CM       CRR       CSR

1    I have received an application, in fact, from
2 Mr. Messina seeking to remove the relationship finding with
3 regards to him and the other cases, Russo and Balzano.  I am
4 not going to rule on that because the judge who is randomly
5 assigned should do so.  If I am randomly assigned, it will
6 come back to me and then I will consider United States versus
7 Messina.
8    So ordered.

SS    OCR    CM    CRR    CSR