## GALGANO & ASSOCIATES
### ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD
WHITE PLAINS, NEW YORK 10603

TELEPHONE: (914) 428-2323
FAX: (914) 428-3298

February 28, 2012

**BY ECF**
Hon. Kiyo A. Matsumoto
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Russo, et al.*
      **11-Cr-0030**
      Request to Have Client's Appearance Excused

Dear Judge Matsumoto:

   I represent the defendant, Andrew Russo in connection with the above referenced matter. The case is currently scheduled for a status conference tomorrow afternoon at 4:30 p.m. I write to respectfully request that Mr. Russo's appearance be waived tomorrow. He is currently being treated for a myriad of physical ailments including stage three kidney disease and as of last night was in considerable pain. While I will certainly be present tomorrow, Mr. Russo asked me to endeavor to have his presence excused.

   I have spoken to Assistant United States Attorney, Elizabeth Geddes and she has graciously consented to this request. Thanking you for your courtesy and consideration, I remain,

Respectfully yours,

George W. Galgano